AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Concord Catering | ) Case No. 1:18-cr-032 |
| | ) |
| | ) |
| | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA U.S. Courthouse 333 Constitution Avenue, N.W. Washington, D.C. 20001 | Courtroom No.: 2 |
|---|---|---|
| | | Date and Time: 3/20/18 1:45 pm |

This offense is briefly described as follows:
18 U.S.C. 371 (Conspiracy to Defraud the United States)

Date: 02/16/2018

*Issuing officer's signature*

U.S. Magistrate Judge G. Michael Harvey
*Printed name and title*

[Stamp: U.S. District and Bankruptcy Courts for the District of Columbia — A TRUE COPY — ANGELA D. CAESAR, Clerk — By [signature] Deputy Clerk]

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: 3/14/2018

*Server's signature*

ERIC J. REESE, ASSISTANT LEGAL ATTACHE
*Printed name and title*

[Stamp: COPY]

Case No. 1:18-cr-032

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender:   Concord Catering

Last known residence: 

Usual place of abode *(if different from residence address):*

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

## PROOF OF SERVICE

This summons was received by me on *(date)*   3/13/2018   .

☐ I personally served the summons on this defendant                                                                     at *(place)*                                                     on *(date)*                    ; or

☐ On *(date)*                      I left the summons at the individual's residence or usual place of abode with *(name)*                                       , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)*   SERGEI TITOV  OF  THE  ,
~~who is authorized to receive service of process on behalf of~~ *(name of organization)*  PROSECUTOR GENERAL'S
OFFICE  OF  THE  RUSSIAN  FEDERATION   on *(date)*                      ~~and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or~~

☐ The summons was returned unexecuted because: 

**FILED**
**APR – 2 2019**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

I declare under penalty of perjury that this information is true.

Date returned:  3/14/2018

Server's signature:  Eric J. Reese

Printed name and title:  ERIC J. REESE, ASSISTANT LEGAL ATTACHE

Remarks: