UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC, and CONCORD CATERING,**<br><br>**Defendants.** | **Criminal No. 18-CR-32 (DLF)** |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE AN *EX PARTE*, *IN CAMERA*, CLASSIFIED ADDENDUM TO THE GOVERNMENT'S MOTION TO DISMISS CONCORD DEFENDANTS

The United States, by and through undersigned counsel, respectfully moves for leave to file an *ex parte*, *in camera*, classified addendum to its Motion to Dismiss Concord Defendants. The classified addendum would supplement the Government's publicly-filed motion, providing additional (but highly sensitive) details supporting the Government's public filing. Because this additional information is classified for reasons of national security, the Government seeks permission to submit the information *ex parte*. Should the Court grant the instant motion, the Government would submit the *ex parte*, *in camera*, classified addendum through the Classified Information Security Officer as soon as possible.

The Government has identified several considerations in its motion to dismiss that relate to the national security interests implicated by proceeding against defendants Concord Management and Consulting LLC and Concord Catering ("Concord Defendants"). For the benefit of the Court, the Government seeks to provide information regarding these national security interests. These facts can only be filed *ex parte* because they are classified. The Government respectfully submits that the Concord Defendants will suffer no prejudice from the *ex parte* nature

of the classified submission because the relief sought is to dismiss with prejudice the charge pending against them.

## CONCLUSION

For these reasons, the Government asks the Court to grant the instant motion and permit the Government to submit an *ex parte*, *in camera*, classified addendum to its Motion to Dismiss Concord Defendants.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security | TIMOTHY J. SHEA<br>United States Attorney<br>D.C. Bar No. 437437 |
| By: */s/ Heather Alpino*<br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Telephone: (202) 514-2000 | By: */s/ Luke M. Jones*<br>Luke M. Jones (VA 75053)<br>Peter Lallas (NY 4290623)<br>Adam Jed (NY 4978532)<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-7066 |